**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **ALLAN ASKRENS, ROBERT L. BENNETT,** and **SHAWN BOSCHERT,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**PALLET LOGISTICS OF AMERICA, LLC**, d/b/a PLA,<br><br>Defendant. | Case No. 3:25-cv-00008-S<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiffs Allan Askrens, Robert L. Bennett, and Shawn Boschert (collectively, "Plaintiffs") respectfully move this Court for entry of an Order: (1) granting preliminary approval of the Settlement; (2) approving the Notice Plan; (3) appointing Atticus Administration, LLC ("Atticus") as Settlement Administrator; (4) preliminarily certifying the Settlement Class for settlement purposes only; (5) appointing Allan Askrens, Robert L. Bennett, and Shawn Boschert as Class Representatives; (6) appointing Terence R. Coates of Markovits, Stock & DeMarco, LLC, Raina Borrelli of Strauss Borrelli PLLC, and Daniel Srourian of Srourian Law Firm, P.C. as Class Counsel; (7) approving the form and content of the Claim Form, Long Notice, and Short Notice as attached to the Settlement Agreement as Exs. A, B, and D respectively; and (8) scheduling a Final Approval Hearing to consider entry of a final order approving the Settlement, final certification of the Settlement Class for settlement purposes only, and the request for attorneys' fees, costs, and expenses, and Plaintiffs' Service Awards.

In support thereof, Plaintiffs rely upon their Memorandum in Support of this Motion for Preliminary Approval of Class Action Settlement, filed herewith; the Settlement Agreement

("S.A.") attached thereto as **Exhibit 1**; the Joint Declaration of Terence R. Coates, Raina Borrelli,

and Daniel Srourian, in Support of Plaintiffs' Motion for Preliminary Approval ("Joint Decl.")

attached thereto as **Exhibit 2**; the Declaration of Chris Longley on behalf of Atticus

Administration, LLC in Support of Plaintiffs' Motion for Preliminary Approval ("Atticus Decl.")

attached thereto as **Exhibit 3**; the records, pleadings, and papers filed in this action; and such other

evidence or argument as may be presented to the Court. A Proposed Order Granting Preliminary

Approval to the Class Action Settlement is attached thereto as **Exhibit 4**, and is also being

submitted to the Court in Word format in accordance with the Court's requirements.

Dated: June 9, 2025                    Respectfully submitted,

*/s/ Terence R. Coates*
Terence R. Coates (85579OH)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com

Joe Kendall
Texas Bar No. 11260700
**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
Phone: 214-744-3000
Fax: 214-744-3015
jkendall@kendalllawgroup.com

Raina Borrelli (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Phone: 872-263-1100
Fax: 872-263-1109
raina@straussborrelli.com

Daniel Srourian (*pro hac vice*)
**SROURIAN LAW FIRM, P.C.**

2

468 N. Camden Drive, Suite 200
Beverly Hills, CA 90210
Phone: 213-474-3800
Fax: 213-474-4160
daniel@slfla.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I hereby certify in accordance with Local Civil Rule 7.1(b) that before filing the foregoing motion, I conferred with counsel for Defendant, who represented that Defendant does not oppose the motion.

*/s/ Terence R. Coates*
Terence R. Coates (85579OH)

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2025, I served the foregoing upon counsel of record for all parties by filing it with the court's electronic-filing system in accordance with Fed. R. Civ. P. 5(b)(2)(E).

*/s/ Terence R. Coates*
Terence R. Coates (85579OH)