# United States District Court
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| ALLAN ASKRENS, ROBERT L. BENNETT, and SHAWN BOSCHERT, Individually and on behalf of All Others Similarly Situated<br><br>v.<br><br>PALLET LOGISTICS OF AMERICA, LLC d/b/a PLA | §<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 3:25-CV-0008-S<br>§<br>§<br>§ |

## FINAL JUDGMENT

This action came to hearing before the Court. The issues have been heard, and a decision has been rendered. Therefore, it is ordered, adjudged and decreed that:

1. Plaintiffs' Motion for Final Approval of Class Action Settlement [ECF No. 40] is **GRANTED**.

2. Final certification of the Settlement Class is **GRANTED** for settlement purposes.

3. Plaintiffs Motion for an Award of Attorneys' Fees, Expenses, and Service Awards [ECF No. 36] is **GRANTED**. Accordingly, Class Counsel is awarded $209,550.00 in attorneys' fees and $6,666.48 in expenses, and Plaintiffs Askrens, Bennett, and Boschert are awarded Service Awards of $3,000.00 each. The attorneys' fees, expenses, and Service Awards shall be paid from the Settlement Fund.

4. Final approval of the methods and forms of notice provided to Settlement Class Members is **GRANTED**.

5. This action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

SIGNED October 31, 2025.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**

1